In the matter of the estate of LENA JENSEN, deceased.

[Submitted February 13th, 1948. Decided May 13th, 1948.]

*Mr. Walter P. Reilly*, for the proponent-appellant.

*Mr. Theodore Schwartz (Mr. William A. Kaufmann*, of counsel), for Catherine Canning.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Stein, and reported at *141 N. J. Eq. 222.*

*For affirmance*—The Chief-Justice, Bodine, Donges, Heher, Colie, Wachenfeld, Eastwood, Burling, Wells, Dill, Freund, McLean, Schettino, JJ.    13.

*For reversal*—None.